**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:14-cr-00321-KJD-NJK |
| vs. ) | ORDER DENYING EX PARTE |
| KEITH WILLIAMS, ) | MOTION WITHOUT PREJUDICE AND SETTING HEARING |
| Defendant. ) | (Docket No. 58) |

On November 20, 2014, Defendant Keith Williams filed a sealed *ex parte* motion. Docket No. 58. While the Court will not disclose the contents of the motion, the motion raises a question regarding Defendant's competency. The Court therefore has a statutory duty to determine whether there is "reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a).

Accordingly, the Court hereby SETS a hearing for December 11, 2014, at 1:30 p.m., in LV Courtroom 3B. Defendant, Defendant's counsel and counsel for the United States shall be present at the hearing. At the hearing, the Court will determine whether it will order a psychiatric or psychological examination of Defendant to determine his competency, pursuant to 18 U.S.C. § 4241(b), and a further hearing pursuant to 18 U.S.C. §§ 4241(c), 4247(d).

. . . .

. . . .

1      Defendant's sealed *ex parte* motion (Docket No. 58), is DENIED without prejudice.  Defendant
2 may renew the motion, if he chooses, after the December 11, 2014, hearing.
3      IT IS SO ORDERED.
4      DATED: December 5, 2014.

                                                                       _____
                                                                       NANCY J. KOPPE
                                                                       United States Magistrate Judge