# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 2:14-cr-00321-KJD-NJK-3 |
| KEITH WILLIAMS, ) | |
| Defendant. ) | **ORDER** |

On May 4, 2015, this Court granted the defense counsel's Sealed Ex Parte Motion to Withdraw as Counsel and Defendant Keith William's request that new counsel be appointed, as stated on the record.

Accordingly,

IT IS HEREBY ORDERED that attorney, Todd M. Leventhal, Esq., is APPOINTED as CJA counsel to represent Defendant Keith Williams in place of Kathleen Bliss, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Ms. Bliss shall forward the file to Mr. Leventhal forthwith.

DATED this 6th day of May, 2015.

NUNC PRO TUNC DATE: May 4, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE