**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| )                                | Case No. 2:14-cr-00321-KJD-NJK |
| Plaintiff,     ) | |
| )                                | |
| vs.     ) | ORDER SETTING HEARING |
| )                                | |
| KEITH WILLIAMS,     ) | |
| )                                | (Docket No. 114) |
| Defendant.     ) | |

Pending before the Court is Defendant's counsel's motion to withdraw as attorney.  Docket No. 114.  The Court hereby sets the motion for hearing on November 12, 2015, at 1:00 p.m. in courtroom 3C.  Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: November 6, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge