# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                )
                Plaintiff,                )     Case No. 2:14-cr-0321-GMN-NJK
                         )
vs.                                      )     ORDER
                         )     (Docket No. 117)
KEITH WILLIAMS,                          )
                Defendant.                )

Pending before the Court is Defendant's motion to appoint new counsel. Docket No. 117. This motion was mailed to the Court prior to the hearing conducted by the Court on November 12, 2015, during which the Court addressed the issues raised in the instant motion with both Defendant and his attorney. Docket No. 119. The motion to appoint new counsel, Docket No. 117, is therefore **DENIED** as moot.

IT IS SO ORDERED.

DATED:  November 16, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge