# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:14-cr-00321-GMN-NJK |
| vs. | ) | |
| | ) | ORDER SETTING HEARING |
| KEITH WILLIAMS, | ) | |
| Defendant. | ) | (Docket No. 123) |
| | ) | |

Defendant Keith Williams has submitted a letter requesting removal of his court-appointed attorney, and the appointment of new counsel. Docket No. 123. Although this is not the proper vehicle to make a request with the Court, the Court hereby sets a hearing on December 29, 2015, at 2:00 p.m. in courtroom 3B. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: December 16, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge