# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                    Plaintiff, ) | Case No.: 2:14-cr-0321-GMN-NJK |
| vs. ) | |
|                       ) | **ORDER** |
| KEITH WILLIAMS, ) | |
|                    Defendant. ) | |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Nancy J. Koppe (ECF No. 137), which recommends denying Defendant Keith William's Motion to Suppress (ECF No. 132).

Title 28, United States Code, Section 636 provides that a party's objection shall be served and filed within fourteen days of the Magistrate Judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). Here, Judge Koppe filed her Report and Recommendation on February 2, 2016 (ECF No. 137), and Defendant filed an Objection twenty-two days later on February 24, 2016 (Obj., ECF No. 144).[1] Accordingly, the Court finds that Defendant's Objection is untimely.

Even if the Court were to consider Defendant's Objection on the merits,[2] the Court finds

---

[1] This late objection is not Defendant's first untimely filing. Defendant's Motion to Suppress (ECF No. 132) was filed untimely as well. (R. & R. 1:16–2:1, ECF No. 137). Nevertheless, Judge Koppe considered Defendant's motion on the merits, "[d]espite the late nature of these filings." (*Id.*).

[2] Defendant's Motion to Suppress was filed by Defendant's attorney but as a pro se motion. (*See* ECF No. 132). Current defense counsel Todd M. Leventhal is Defendant's fourth appointed attorney in this case. At a hearing on Defendant's Motion to Withdraw as Attorney of Record (ECF No. 114), Judge Koppe denied Defendant's Motion to Withdraw but allowed Defendant leave to file up to four motions pro se. (ECF No. 119); (*see also* R. & R. 1:16–19). In light of Defendant's pro se status for the instant motion, the Court has liberally construed Defendant's filings, holding them to standards less stringent than formal pleadings drafted by attorneys. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

that the Objection fails to point to any specific errors in the Report and Recommendation. Rather, Defendant's Objection amounts to little more than the reassertion of the same arguments presented in Defendant's Motion to Suppress. (*See* ECF No. 144).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 137) is **ADOPTED in full**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress (ECF No. 132) is **DENIED**.

**DATED** this __9__ day of May, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court