1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|              Plaintiff,      ) | Case No. 2:14-cr-00321-GMN-NJK |
| vs.                  ) | ORDER SETTING HEARING |
| KEITH WILLIAMS,          ) | |
|              Defendant.    ) | (Docket No. 184) |

Defendant Keith Williams has submitted a motion to dismiss appointed counsel and appoint new counsel. Docket No. 184. The Court hereby sets a hearing on Defendant's motion for July 7, 2016, at 11:00 a.m. in courtroom 3B. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: July 5, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge