UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> KEITH WILLIAMS ) <br> ) <br> Defendant. ) <br> ) | 2:14-cr-00321-GMN-NJK <br><br><br><br><br><br> ORDER |

On August 30, 2016, the Court GRANTED defendant's oral MOTION for APPOINTMENT of NEW COUNSEL and ORDERED that the CJA administrator shall designate new counsel for KEITH WILLIAMS..

Accordingly, IT IS HEREBY ORDERED that GABRIEL L. GRASSO, is APPOINTED as counsel for KEITH WILLIAMS for all future proceedings.

Todd Leventhal's office shall forward the file to Mr. Grasso forthwith.

DATED this __30__ day of August, 2016.
*Nunc Pro Tunc: August 30, 2016.*

_____
UNITED STATES DISTRICT JUDGE