# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:14-cr-00321-GMN-NJK-3 |
| Plaintiff-Appellee, | ) | |
| vs. | ) | |
| | ) | |
| KEITH WILLIAMS, | ) | |
| | ) | |
| Defendant-Appellant. | ) | **AMENDED ORDER** |
| | ) | |

At the Sentencing and Disposition held on September 6, 2017, this Court ordered the CJA Coordinator to appoint appellate counsel for defendant Keith Williams.

ACCORDINGLY, IT IS HERE BY ORDERED that Mark D. Eibert is appointed to represent Keith Williams for his appeal. Mr. Eibert's address is P.O. Box 1126, Half Moon Bay, CA 94019 and his phone number is 650-712-8380.

Former counsel, Gabriel L Grasso's office is directed to forward the file to Mr. Eibert forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED this  14  day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE