UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>vs.<br><br>KEITH WILLIAMS,<br><br>    Defendant. | Case No. 2:14-cr-00321-GMN-NJK-3<br><br>**ORDER** |

For good cause appearing, **IT IS HEREBY ORDERED** that:

Defendant Keith Williams's Motion to Extend Time, (ECF No. 403), is **GRANTED**. Defendant shall have until January 6, 2021 to file his reply to the Government's response to the Motion for Compassionate Release.

IT IS SO ORDERED.

Dated this  10  day of December, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that his business mailing address is P. O. Box 1126, Half Moon Bay, CA 94019, that he is not a party to this action, that he is a citizen of the United States of such age and discretion to be competent to serve papers, and that on the below date he caused a true and accurate copy of

DEFENDANT KEITH WILLIAMS' MOTION FOR EXTENSION OF TIME

To be served via ECF on the United States District Court, which will e-serve counsel of record in this case, including the following:

RACHEL KENT, ESQ.
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed on December 10, 2020 at Half Moon Bay, California.

/s/ Mark D. Eibert
---------------------------------------------